IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVEN PAUL PRIEST, ) | |
| ) | |
| Petitioner, ) | Case No. CV01-0173-C-MHW |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| JOHANNA SMITH, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Previously in this matter the Court entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.

DATED: September 23, 2009

_____
Honorable Mikel H. Williams
Chief United States Magistrate Judge

**JUDGMENT  1**